UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK OLIVO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MONTEREY,<br><br>　　　　Defendant.<br>_____ | Case No.: C 10-2568 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

Currently pending before the court is Plaintiff's Application to Proceed *In Forma Pauperis*. Based on the application and the file herein,

IT IS HEREBY ORDERED that, no later than July 30, 2010, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the court's website at www.cand.uscourts.gov in the Forms (Civil) section. Absent consent, a Magistrate Judge is not authorized to rule on certain matters, such as requests to proceed *in forma pauperis*. *See* 28 U.S.C. § 636(c)(1); *see also, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). After receipt of whichever form Plaintiff chooses to file, the appropriate judge will rule on the pending application..

Dated: *7/1/10*

　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

| | |
|---|---|
| 1 | |
| 2 | copies mailed on   *7/1/10*   to: |
| 3 | Nick Olivo |
|   | 1745 Hickory Street |
| 4 | Sand City, CA 93955 |

            /s/  *Donna Kirchner*            for
            MARTHA BROWN
            Courtroom Deputy