1   CHARLES J. McKEE #152458
    County Counsel
2   IRVEN L. GRANT #068950
    Deputy County Counsel
3   County of Monterey                          *E-FILED - 11/17/10*
    168 W. Alisal Street, Third Floor
4   Salinas, California 93901-2653
    Telephone: (831) 755-5045
5   Facsimile: (831) 755-5283

6   Attorneys for Defendant COUNTY OF MONTEREY

7

8              IN THE UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10  _____
                                            )
11  NICK OLIVO,                             )      CASE NO. CV10-02568 RMW
                                            )
12              Plaintiff,                  )
                                            )      **EX PARTE APPLICATION AND**
13                                          )      **ORDER CONTINUING CASE**
                                            )      **MANAGEMENT CONFERENCE**
14        vs.                               )      **NOW SET FOR NOVEMBER 19,**
                                            )      **2010**
15  COUNTY OF MONTEREY,                     )
                                            )
16              Defendant.                  )
17  _____)

18        Defendant, COUNTY OF MONTEREY, hereby applies to the Court ex parte for an

19  Order continuing the Case Management Conference presently set for November 19, 2010, for at

20  least 90 days or to such date as pleases the Court.  The undersigned counsel has attempted to

21  advise Plaintiff that such an ex parte request will be made to this Court, has been unable to reach

22  Plaintiff, but has left telephonic messages in this regard.  Defendant has not sought or obtained

23  any previous extensions of time.  Such an extension is timely and is necessary to allow additional

24  time to consider Plaintiff's claims, confer with Plaintiff, consider discovery and possible use of

25  the ADR process.  As explained in Defendant's Ex Parte motion, Plaintiff did not serve

26  Defendant with the Court's order of September 17, 2010 to continue the then Case Management

27  Conference to November 19, 2010, therefore Defendant was unaware of the setting until it filed

28  the waiver of service of summons on November 15, 2010.

                                            1

1    Defendant respectfully requests that the Court grant a continuance of until at least

2  February 25, 2011.

3  Dated:  November 17, 2010                    Respectfully submitted,

4                                               CHARLES J. McKEE
                                                County Counsel
5

6

7                                               By:    /s/  Irven L. Grant
                                                IRVEN L. GRANT, Deputy County Counsel
8                                               Attorneys for Defendant
                                                COUNTY OF MONTEREY
9

10

11

12                                    ORDER

13    Having considered Defendant's ex part application to continue the Case Management

14  Conference presently set for November 19, 2010, and finding good cause therefore,

15    IT IS HEREBY ORDERED that the Case Management Conference be continued until

16  December 17, 2010 at 10:30 a.m.

17

18  DATED:    11/17/10

19                                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Ex Parte Application and Order Continuing Case Management Conference          CASE NO. CV10-02568 RMW