Andrew H. Lee, State Bar No. 257403
**LAW OFFICE OF ANDREW H. LEE**
2021 The Alameda, Suite 310
San Jose, California 95126
Telephone: (408) 216-9898
Facsimile: (408) 216-9451

*E-FILED - 3/10/11*

Attorney for Plaintiff Nick Olivo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NICK OLIVO, | Case No.: CV10-02568 RMW |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| COUNTY OF MONTEREY, | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT NICK OLIVO makes the following substitution in legal representation:

The Law Office of Andrew H. Lee, located at 2021 The Alameda, Suite 310, San Jose, CA 95126, will be the new legal representation for Plaintiff Nick Olivo, replacing former legal representation by Plaintiff in pro per, effectively immediately.

The parties or attorneys for the parties have consented to the substitution as indicated by their signatures below:

DATED: March _7_, 2010

By: _____
Nick Olivo
Plaintiff and In Pro Per

Substitution of Attorney - 1

DATED: March 7, 2010

LAW OFFICE OF ANDREW H. LEE

By: _____
Andrew H. Lee
Attorney for Plaintiff

**IT IS SO ORDERED:**

DATE: 3/10/11

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE