1  CHARLES J. McKEE #152458
   County Counsel
2  IRVEN L. GRANT #068950
   Deputy County Counsel
3  County of Monterey
   168 W. Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Telephone: (831) 755-5045
5  Facsimile: (831) 755-5283

6  Attorneys for Defendant COUNTY OF MONTEREY

7

8                IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11  NICK OLIVO,                        )   CASE NO. CV10-02568 RMW
                                       )
12              Plaintiff,             )   **STIPULATION FOR DISMISSAL**
                                       )   **WITH PREJUDICE; []**
13                                     )   **ORDER THEREON**
         vs.                           )
14                                     )
                                       )
15  COUNTY OF MONTEREY,                )
                                       )
16              Defendant.             )
                                       )
17

18                                  **STIPULATION**

19       The parties hereto, by and through their respective counsel of record, stipulate as follows:

20       1.   Plaintiff NICK OLIVO filed the above-captioned action herein alleging violations

21  of Title VII of the Civil Rights Act of 1964 for employment discrimination.  The Court has

22  jurisdiction over the subject matter of this action and over the parties.

23       2.   Defendant filed an Answer to the complaint denying its material allegations and

24  asserting affirmative defenses thereto.

25       3.   The parties have engaged in negotiations in an attempt to resolve their

26  differences, and throughout these negotiations all parties were, and continue to be, represented

27  by experienced counsel.

28

                                          1
Stipulation for Dismissal with Prejudice; Order                CASE NO. CV10-02568 RMW

4. The parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement for settlement.

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel that:

1. The parties have entered into a settlement agreement that contains a fair and just negotiated resolution to the current dispute between the parties in this case; and

2. This action should be dismissed with prejudice.

DATED: January 19, 2012.          LAW OFFICES OF ANDREW H. LEE

                                  By:   /s/ Andrew H. Lee
                                  ANDREW H. LEE
                                  Attorneys for Plaintiff Nick Olivo

DATED: January 19, 2012.          CHARLES J. McKEE
                                  County Counsel


                                  By:   /s/ Irven L. Grant
                                  IRVEN L. GRANT, Deputy County Counsel
                                  Attorneys for Defendant County of Monterey


### **ORDER**

After reviewing the Stipulation of the parties and a review of the record herein, and good cause appearing, IT IS HEREBY ORDERED ADJUDGED AND DECREED that this action is hereby dismissed with prejudice. The Clerk shall close this file.

DATED: _____, 2012.         *Ronald M. Whyte*
                                  HONORABLE RONALD M. WHYTE
                                  United States District Court Judge